UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

SAMUEL TERWILLIGER,
                  Defendant.
------------------------------------------------------------x

**ORDER**

14 CR 701 (VB)

9/13/21

      Defendant Terwilliger has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #34).

      The government is directed to file a response to the motion by October 4, 2021.  The government's response shall, if appropriate, address the issue of exhaustion, and shall in any event address the merits of defendant's motion.

      Chambers will mail a copy of this Order to defendant at the following address:

Samuel Terwilliger
Reg. No. 70921-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ  08640

Dated: September 13, 2021
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge